| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § § | CASE NO. 4:15-CR-176 |
| MICHAEL ALLEN TEER | § | |

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 8, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Evidence (##28 & 52) be GRANTED as to any statements made by Defendant while he was handcuffed outside of his home and DENIED as to any statements made after the handcuffs were removed and he voluntarily spoke with officers at his kitchen table.

The Court, having made a *de novo* review of Defendant's objections (#61) and the Government's response (#66), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

1

**ORDERED** that Defendant's Motion to Suppress Evidence (##28 & 52) is **GRANTED** as to any statements made by Defendant while he was handcuffed outside of his home and **DENIED** as to any statements made after the handcuffs were removed and he voluntarily spoke with officers at his kitchen table.

SIGNED at Beaumont, Texas, this 2nd day of May, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE